**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6476**

_____

CARLOS BIENUENIDO CRUZ,

Petitioner - Appellant,

versus

DAN L. DOVE, Warden; FEDERAL CORRECTIONAL
INSTITUTION - EDGEFIELD; UNITED STATES OF
AMERICA,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Margaret B. Seymour, District Judge.
(CA-01-2339-2-24-AJ)

_____

Submitted: December 11, 2002          Decided: January 8, 2003

_____

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Carlos Bienuenido Cruz, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carlos Bienuenido Cruz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cruz v. Dove, No. CA-01-2339-2-24-AJ (D.S.C. filed Feb. 28, 2002, entered Mar. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED